NO. 07-02-0381-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E 



SEPTEMBER 24, 2002



______________________________




IN THE INTEREST OF BRITNNY FELIX, A CHILD,






_________________________________



FROM THE 223RD DISTRICT COURT OF GRAY COUNTY;



NO. 32,414; HONORABLE LEE WATERS, JUDGE



_______________________________



Before QUINN and REAVIS, JJ. and BOYD, S.J. (1)

DISMISSAL


 Appellant Rafael Felix, Jr. perfected his accelerated appeal from the trial court's
order terminating his parental rights. On September 18, 2002, the trial court signed an
order granting appellant a new trial and sustaining his claim of indigence. An order
granting a new trial vacates the original judgment appealed from and returns the case to
the trial court as if no previous trial or hearing had been conducted. See Old Republic Ins.
Co. v. Scott, 846 S.W.2d 832, 833 (Tex. 1993); Long John Silver's, Inc. v. Martinez, 850
S.W.2d 773, 777 (Tex.App.-San Antonio 1993, writ dism'd w.o.j.). Thus, there is no final
judgment from which an appeal may be prosecuted. 

 Accordingly, the appeal is dismissed for want of jurisdiction.


 Don H. Reavis

 Justice

 

Do not publish.

1.